IN THE MATTER OF JASON C. MATEY, AN ATTORNEY AT LAW.

August 13, 2008.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **JASON C. MATEY** of **UNION,** who was admitted to the bar of this State in 2005;

And the District XIV Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (conduct that reflects adversely on an attorney's honesty, trustworthiness or fitness as a lawyer);

And the parties having agreed that respondent's conduct violated *RPC* 8.4(b), and that said conduct warrants a three-month accelerated suspension pursuant to *Rule* 1:20–10(b) and as stated in *In re Schaffer,* 140 *N.J.* 148, 657 *A.2d* 871 (1995);

And the Disciplinary Review Board having determined that a prospective three-month suspension from practice is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And the parties having sought no review of the determination of the Disciplinary Review Board and having interposed no objection to the imposition of a prospective three-month suspension;

And good cause appearing;

It is ORDERED that **JASON C. MATEY,** of **UNION** is hereby suspended from the practice of law for a period of three months, effective September 2, 2008; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.